IN THE CIRCUIT COURT OF
RANDOLPH COUNTY, ALABAMA

RECEIVED

2006 SEP 21 P 3: 52

| | | |
|---|---|---|
| Valvaneea Harville | ) | |
| | ) | Removed |
| | ) | From the Circuit Court of |
| Plaintiff, Petitioner | ) | Randolph County, Alabama |
| | ) | Case No. CV-06-125 |
| vs. | ) | ***************** |
| | ) | |
| State Personnel Board, (Respondent AAPA) | ) | Case No. 3:06 CV 845-WKW |
| IJoe Dickson, Joyce O'Neal, John McMillan | ) | |
| Ellen McNair, James Anderson, Jackie | ) | |
| Graham | ) | |
| Defendants, Respondents | ) | |

**NOTICE OF REMOVAL TO THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA**

Please take notice that pursuant to 28 U.S.C. § 1446(d), defendants hereby gives notice of removal of the above-styled matter to the United States District Court for the Middle District of Alabama. A copy of the Notice of Removal is attached.

Respectfully submitted,

_____
ALICE A. BYRNE (BYR015)
Attorney for Defendants

ADDRESS OF COUNSEL:

State Personnel Department
64 North Union Street
Room 316
Montgomery, Alabama 36130
(334) 242-3450
(334) 353-4481 (FAX)

## CERTIFICATE OF SERVICE

I hereby certify that I have served a copy of the foregoing document upon the following:

Carroll J. Ogden
Post Office Box 851133
Mobile, Alabama 36685-1133

by placing the same in first class mail, postage pre-paid, this the 21st day of September, 2006.

_____
OF COUNSEL