IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| VALVANEEA HARVILLE, | : | |
| | : | |
| *Plaintiff,* | : | |
| | : | Case No. 3:06-cv-845-WKM |
| | : | |
| STATE PERSONNEL BOARD, | : | |
| JOE N. DICKSON, JOYCE P. O'NEAL, | : | |
| JOHN McMILLAN, ELLEN G. McNAIR, | : | |
| JAMES H. ANDERSON, and JACKIE | : | |
| GRAHAM, | : | |
| | : | |
| *Defendants.* | : | |

**CONFLICT DISCLOSURE STATEMENT**

Defendant State Personnel Board and its members, in the above-captioned matter, and in accordance with the Order of this Court, make the following disclosures concerning parent companies, subsidiaries, partners, limited liability entity members, and managers, trustees (but not trust beneficiaries), affiliates, or similar entities reportable under the provisions of the Middle District of Alabama's General Order No. 3047, as follows:

1.  Defendant State Personnel Board [doc. no. 10] is a governmental entity.

2.  Defendant Jackie Graham [doc. no. 13] is an individual.

3.  Defendant Joe N. Dickson [doc. no. 17] is an individual.

4.  Defendant John McMillan [doc. no. 11] is an individual.

5.  Defendant James H. Anderson [doc. no. 12] is an individual.

6.  Defendant Ellen G. McNair [doc. no. 14] is an individual.

7.  Defendant Joyce P. O'Neal [doc. no. 15] is an individual.

Respectfully submitted, this 13th day of December, 2007.

      /s/ Alice Ann Byrne
Alice Ann Byrne, Esq.  (BYR 015)
Counsel for Defendant State Personnel
Board and its members

STATE PERSONNEL DEPARTMENT

Folsom Administrative Building
64 North Union Street ~ Suite 316
Montgomery, AL  36130
(334) 242-3451
(334) 353-4481 fax
aliceann.byrne@personnel.alabama.gov

## CERTIFICATE OF SERVICE

I hereby certify that on the 13th day of December, 2007, the foregoing document was filed electronically with the Clerk of the Court via the CM/ECF system which will send notice of electronic filing to the following:

| | |
|---|---|
| Carroll J. Ogden, Esq. | carrollogden1@yahoo.com |
| P. O. Box 851133 | carrollogden1@hotmail.com |
| Mobile, AL  36685-1133 | |
| *Attorney for Plaintiff* | |

      /s/ Alice Ann Byrne
Of Counsel