IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
Northern DIVISION

| | | |
|---|---|---|
| Valvaneea Harville, | ) | |
| Plaintiff, | ) ) | RECEIVED |
| v. | ) ) | 2008 JAN -2  A 9: 23 |
| | ) | CASE NO. CV-06-125/Case 3:06 cv-0845-WKW-CSC |
| | ) | DEBRA P. HACKETT, CLK U.S. DISTRICT COURT MIDDLE DISTRICT ALA |
| State Personnel Board, et al. | ) ) | |
| Defendant, | ) | |

## CONFLICT DISCLOSURE STATEMENT

COMES NOW Valvaneea Harville, a Plaintiff in the above-captioned matter, and in accordance with the order of this Court, making the following disclosure concerning parent companies, subsidiaries, partners, limited liability entity members and managers, trustees (but not trust beneficiaries), affiliates, or similar entities reportable under the provisions of the Middle District of Alabama's General Order No. 3047:

[X] This party is an individual, or

[ ] This party is a governmental entity, or

[ ] There are no entities to be reported, or

[ ] The following entities and their relationship to the party are hereby reported:

Reportable Entity                         Relationship to Party

None_____                N/A_____

_____              _____

_____              _____

_____              _____


Date: 12-27-07                            /s/ Carroll J. Ogden
                                          Counsel Signature

                                          Valvaneea Harville
                                          Counsel for (print names of all parties)

Plaintiff has none to disclose.
                                          Post Office Box 851133, Mobile, AL 36685-1133
                                          Address, City, State Zip Code

                                          251-689-9743
                                          Telephone Number

IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
___Northern___ DIVISION

## CERTIFICATE OF SERVICE

I, __CARROLL J. OGDEN__, do hereby Certify that a true and correct copy of the foregoing has been furnished by __U.S. MAIL__ (manner of service, i.e., U.S. Mail, electronic mail, etc.) on this __27__ day of __Dec.__ 20__07__ to:

Alice A. Byrne, Esq.
State Personnel Board
64 North Union Street – Room 316
Montgomery, AL

__12-27-07__
Date

__[signature]__
Signature